ter is no excuse for a failure to comply with the statute, still, in view of the concession that the tub was marked according to the statute, the charge of the judge was wholly immaterial; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

CECELIA L. SLATER, Individually and as Executrix of JOHN SLATER, Deceased, Respondent, *v.* JOHN J. SLATER, Appellant, Impleaded with Another.

*Slater* v. *Slater*, 114 App. Div. 160, affirmed.
(Argued May 7, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to cancel an agreement on the ground of alleged duress.

*John A. Garver* for appellant.

*Edward W. Hatch* and *John L. Lindsay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent, CULLEN, Ch. J.

---

CATHARINE J. BROWN, Individually and as Executrix of IRA BROWN, Deceased, Appellant, *v.* THE NEW YORK CAB COMPANY, LIMITED, Defendant, and SARA G. BRONSON et al., as Executors of FREDERIC BRONSON, Deceased, Respondents.

*Brown* v. *Bronson*, 114 App. Div. 911, affirmed.
(Argued May 7, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 20, 1906, affirming a judgment in favor of defendants entered

upon a dismissal of the complaint by the court on trial at Special Term in an action to recover a certificate of stock pledged as collateral security for the payment of a promissory note.

*John A. Straley* for appellant.

*Flamen B. Candler* and *William Jay* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BART-LETT and CHASE, JJ.    Absent: CULLEN, Ch. J.

---

CITIZENS' CENTRAL NATIONAL BANK OF NEW YORK, Appellant, *v.* HARRY L. TOPLITZ, Respondent.

*Citizens' Central Nat. Bank* v. *Toplitz,* 113 App. Div. 73, affirmed.
(Argued May 7, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover a balance alleged to be due on a promissory note.

*Charles Blandy* and *Frederick A. Card* for appellant.

*Richard L. Sweezy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.    Absent: CULLEN, Ch. J.

---

ANNIE LYNCH, Appellant, *v.* THE SHANLEY COMPANY, Respondent.

*Lynch* v. *Shanley Co.,* 112 App. Div. 305, affirmed.
(Argued May 7, 1907; decided May 21, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 11, 1906, which reversed a judgment in favor of plain-